UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jasmine Lynch**                    **Docket No. 5:24-CR-315-1D**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jasmine Lynch, who, upon an earlier plea of guilty to Sex Trafficking of a Child, in violation of 18 U.S.C. § 1591(a)(1), was sentenced by the Honorable John E. Dowdell, United States District Judge, in the Northern District of Oklahoma, on September 14, 2016, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jasmine Lynch was released from custody on September 27, 2024, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On November 1, 2024, jurisdiction was transferred, and the case was assigned to the Honorable James C. Dever III, United States District Judge.

On August 15, 2025, a Petition for Action was submitted to the court requesting that a "Special Computer Restriction and Monitoring Conditions" be stricken from the conditions of supervised release due to a work phone preinstalled monitoring software. It was granted and supervision was continued.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 9, 2025, January 8, 2026, and February 9, 2026, the defendant submitted urine samples that tested positive for marijuana. She was verbally admonished regarding her continued substance use, and cognitive interventions were implemented to address her criminal thinking patterns.

It is recommended that she be placed on an electronically monitored curfew for a period of 60 days. This measure is intended to provide increased structure and accountability, promote sobriety, and support her ongoing adjustment to treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to her residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

**Jasmine Lynch**
**Docket No. 5:24-CR-315-1D**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: March 2, 2026

## ORDER OF THE COURT

Considered and ordered this ___2___ day of ___March___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge